1  James A. Goodman, State Bar No. 89715
   J. Susan Graham, State Bar No. 128123
2  EPSTEIN BECKER & GREEN, P.C.
   1925 Century Park East, Suite 500
3  Los Angeles, California 90067-2506
   Telephone:  310.556.8861
4  Facsimile:   310.553.2165
   jgoodman@ebglaw.com
5  sgraham@ebglaw.com

6  Attorneys for Defendant,
   BLACKROCK, INC.
7

8
                    UNITED STATES DISTRICT COURT
9
                    NORTHERN DISTRICT OF CALIFORNIA
10

11 | THOMAS H. RUDWALL,              | CASE NO.  CV 09-05176 (TEH)
12 |         Plaintiff,              | [State Complaint No. CGC 89-492419
                                       Filed September 10, 2009]
13 |    v.                           |
                                       **[PROPOSED]** ORDER FOR
14 | BLACKROCK, INC.,                | EXTENSION OF TIME TO LODGE
                                       AND SERVE SETTLEMENT
15 |         Defendant.              | CONFERENCE STATEMENTS
                                       AND TO LODGE CANDID
16 |                                 | SETTLEMENT EVALUATIONS

17                                     DATE:    June 8, 2010
                                       TIME:    9:00 a.m.
18                                     PLACE:   Ctrm G, 15th Floor
                                                USDC (Northern Dist.))
19                                              450 Golden Gate Avenue
                                                San Francisco, CA
20
                                       Hon. Thelton E. Henderson
21

22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

LA:744597v1         [PROPOSED] ORDER TO EXTEND TIME TO FILE AND SERVE
                    SETTLEMENT STATEMENTS - Case No. C 09-05176 TEH

## ORDER

Pursuant to the Stipulation of the parties, and good cause appearing therefore,

IT IS SO ORDERED that the parties shall have up to and including June 4, 2010 to lodge and serve their Settlement Conference Statements and lodge their Candid Settlement Evaluations.

Dated: June 2, 2010

_____
Hon. Bernard Zimmerman
Magistrate Judge, United States District Court