James A. Goodman, State Bar No. 89715
J. Susan Graham, State Bar No. 128123
EPSTEIN BECKER & GREEN, P.C.
1925 Century Park East, Suite 500
Los Angeles, California 90067-2506
Telephone:  310.556.8861
Facsimile:   310.553.2165
jgoodman@ebglaw.com
sgraham@ebglaw.com

Attorneys for Defendant,
BLACKROCK, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS H. RUDWALL,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>BLACKROCK, INC., and DOES 1 through 10, inclusive,<br><br>　　　　Defendants. | CASE NO.  CV 09-05176 (TEH)<br><br>[State Complaint No. CGC 89-492419 Filed September 10, 2009]<br><br>**DECLARATION OF JAMES A. GOODMAN IN SUPPORT OF DEFENDANT BLACKROCK, INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br><br>DATE:　　February 7, 2011<br>TIME:　　10:00 a.m.<br>CTRM:　　12, 19th Floor<br><br>Trial Date:  March 29, 2011<br>Hon. Thelton E. Henderson |

## DECLARATION OF JAMES A. GOODMAN

I, James A. Goodman, declare as follows:

　　1.　　I am an attorney duly licensed to practice law in the State of California and admitted to practice before this Court.  I am a shareholder with the law firm Epstein Becker & Green, P.C.("EGB"), counsel for Defendant BlackRock, Inc. ("BlackRock").  I have personal knowledge of the facts stated in

///

this declaration, and if called as a witness, I could and would competently testify thereto.

2. I make this declaration in support of BlackRock's Motion for Partial Summary Judgment.

3. I deposed Plaintiff Thomas Rudwall ("Rudwall") in connection with this action on May 18, 2010 and October 12, 2010. True and correct copies of cited pages of Plaintiff's deposition transcripts are attached hereto as "Rudwall Depo."

4. On December 3, 2010 Simon Mendelson ("Mendelson") was deposed in connection with this action. True and correct copies of cited pages of Mendelson's deposition transcript are attached hereto as "Mendelson Depo."

5. I deposed non-party witness Mark Steinberg ("Steinberg") in connection with this action on October 21, 2010. True and correct copies of cited pages of Steinberg's deposition transcript are attached hereto as "Steinberg Depo."

6. On October 25, 2010 BlackRock propounded its Interrogatories, Set One, to Rudwall. A true and correct copy of the Interrogatories is attached hereto as Exhibit 120.

7. On November 23, 2010, Rudwall served his verified response to BlackRock's Interrogatories, Set One. A true and correct copy of Rudwall's Responses, which includes a signed verification, is attached hereto as Exhibit 121.

8. On May 3, 2006, Rudwall filed his Complaint in Case No. C 06 2992 in the United States District Court, Northern District of California, San Francisco Division. A true and correct copy of Rudwall's 2006 Complaint is attached hereto as Exhibit 122.

9. On November 30, 2006 District Judge Marilyn Hall Patel issued an Order granting Defendant BlackRock, Inc.'s motion for judgment on the pleadings in Case No. c 06 2992. A true and correct copy of Judge Patel's November 30, 2006 Order is attached hereto as Exhibit 123.

1  10. On August 18, 2008 the United States Court of Appeals for the Ninth Circuit issued a Memorandum affirming the District Court's dismissal of Rudwall's claims with prejudice. A true and correct copy of the August 18, 2008 Court of Appeals Memorandum is attached hereto as Exhibit 124.

11. A true and correct copy of Rudwall's December 2003 Performance Review is attached hereto as Exhibit 24, and was authenticated by Rudwall during his deposition at volume 1, pp. 185:19-186:4.

12. A true and correct copy of Exhibit 54 is attached to the Declaration of John Moran filed herewith, and was authenticated by non-party witness Steinberg during his deposition at pp. 52:16-53:25.

13. A true and correct copy of the Confidentiality and Employment Policy For Exempt Employees, signed by Rudwall on October 6, 2003, is attached hereto as Exhibit 13, and was authenticated by Rudwall during his deposition at volume 1, pp. 153:3-22.

I declare under penalty of perjury under the laws of the United States of America and of the State of California that the foregoing is true and correct. Executed this 3rd day of January, 2011, at Los Angeles, California.

/s/ James A. Goodman
JAMES A. GOODMAN