John A. McGuinn, Esq. (State Bar No. 036047)
Carolyn A. Leary, Esq. (State Bar No. 226845)
McGUINN, HILLSMAN & PALEFSKY
535 Pacific Avenue
San Francisco, CA 94133
Telephone: (415) 421-9292
Facsimile: (415) 403-0202

Attorney for Plaintiff
THOMAS H. RUDWALL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS H. RUDWALL,<br><br>    Plaintiff,<br><br>v.<br><br>BLACKROCK, INC.,<br><br>    Defendants. | Case No. CV 09-05176 (TEH)<br>    e-filing<br><br>**DECLARATION OF JOHN A. McGUINN IN OPPOSITION TO DEFENDANT BLACKROCK, INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>DATE: February 7, 2011<br>TIME: 10:00 a.m.<br>CTRM: 12, 19th Floor<br>JUDGE: Hon. Thelton E. Henderson<br><br>Trial Date: March 29, 2011 |

I, JOHN A. McGUINN, declare as follows:

1. I am an attorney at law, duly licensed to practice before all the courts of the State of California. I am a partner of the firm McGuinn, Hillsman & Palefsky, attorneys of record for Plaintiff, Thomas H. Rudwall, in the above-captioned matter.

2. I make this declaration of my own personal knowledge of the facts set forth herein and if called upon to testify, could and would competently do so.

3. Attached hereto as Exhibit A are true and correct copies of the relevant excerpted pages from the deposition transcript of John P. Moran, along with the court reporter's certification supporting the transcript from the deposition which took place on Tuesday, November 30, 2010 and Wednesday, December 1, 2010, in Philadelphia, Pennsylvania. I personally attended this deposition and questioned the deponent. The deposition was reported by Robin Frattali.

4. Attached hereto as Exhibit B are true and correct copies of the relevant excerpted pages from the deposition transcript of Mark Steinberg, along with the court reporter's certification supporting the transcript from the deposition which took place on Thursday, October 21, 2010, in Philadelphia, Pennsylvania. I personally attended this deposition and questioned the deponent. The deposition was reported by Andrea M. Brinton.

5. Attached hereto as Exhibit C are true and correct copies of the relevant excerpted pages from the deposition transcript of Simon Mendelson, along with the court reporter's certification supporting the transcript from the deposition which took place on Friday, December 3, 2010, in New York City, New York. I personally attended this deposition and questioned the deponent. The deposition was reported by Frank J. Bas.

6. Attached hereto as Exhibit D is a true and correct copy of Defendant BlackRock, Inc.'s Objections and Responses to Plaintiff's Second Set of Special Interrogatories.

McGUINN DECLARATION IN OPPOSITION TO DEFENDANT'S MOTION FOR PARTIAL SUMMARY JUDGMENT

2

7. Attached hereto as Exhibit E is a true and correct copy of Defendant BlackRock, Inc.'s Older Worker's Benefit Protection Plan data ("OWBPA") Bates numbered 145-186.

8. Attached hereto as Exhibit F is a true and correct copy of the December 11, 2000, memorandum from John Moran (also labeled Depo. Ex. 88) and Bates Numbered BR2 0799.

9. Attached hereto as Exhibit G is a true and correct copy of the January 17, 2001, email from John Moran (also labeled Depo. Ex. 89) and Bates Numbered BR2 064.

10. Attached hereto as Exhibit H is a true and correct copy of the October 16, 2000, email from John Moran (also labeled Depo. Ex. 87) and Bates Numbered BR2 0027.

11. Attached hereto as Exhibit I is a true and correct copy of the BlackRock Annual Report 2009.

12. Attached hereto as Exhibit J is a true and correct copy of the August 19, 2004, article from The Washington Post with the headline *Google Ends Auction for IPO Shares; Price Is $85 a Share, At Low End of Estimate.*

13. Attached hereto as Exhibit K is a true and correct copy of the CMG Expense Reduction Plan Draft as of 2/23/09 (also labeled Depo. Ex. 92) and Bates Numbered BR2 1041-A through BR2 1041-E.

14. Attached hereto as Exhibit L is a true and correct copy of the CMG Expense Reduction Plan Draft as of 10/17/08 (also labeled Depo. Ex. 93) and Bates Numbered BR2 1040-A through BR2 1040-F.

15. Attached hereto as Exhibit M are true and correct copies of Thomas H. Rudwall's Performance evaluations/reviews dated as follows: 6/99; 11/8/99; 06/08/00; 1/01; 12/20/01; 1/1/03; 12/1/03; 9/7/04; 12/2004; 7/2005; 12/2005; 10/2006; 11/2007; and 2008.

16. Attached hereto as Exhibit N is a true and correct copy of the November 18, 2008, letter from Lori Stewart Bates Numbered 125 and 126.

I declare under penalty of perjury under the laws of the United States of America and of the State of California that the foregoing is true and correct. Executed this 18th day of January, 2011, at San Francisco, California.

/s/ John A. McGuinn
JOHN A. McGUINN