1   John A. McGuinn, Esq. (State Bar No. 036047)
2   Carolyn A. Leary, Esq. (State Bar No. 226845)
    McGUINN, HILLSMAN & PALEFSKY
3   535 Pacific Avenue
    San Francisco, CA 94133
4   Telephone:  (415) 421-9292
    Facsimile:  (415) 403-0202
5
6   Attorney for Plaintiff
    THOMAS H. RUDWALL
7

8

9                    UNITED STATES DISTRICT COURT

10                 NORTHERN DISTRICT OF CALIFORNIA

11

12

13   THOMAS H. RUDWALL,                    )   Case No.  CV 09-05176 (TEH)
                                           )        e-filing
14                        Plaintiff,       )
                                           )
15   v.                                    )   **DECLARATION OF WILLIAM**
                                           )   **LEPOWSKY IN OPPOSITION TO**
16   BLACKROCK, INC.,                      )   **DEFENDANT BLACKROCK, INC.'S**
                                           )   **MOTION FOR PARTIAL SUMMARY**
17                        Defendants.      )   **JUDGMENT**
                                           )
18                                         )
                                           )   DATE:  February 7, 2011
19                                         )   TIME:  10:00 a.m.
                                           )   CTRM:  12, 19th Floor
20                                         )   JUDGE:  Hon. Thelton E. Henderson
                                           )
21                                         )   Trial Date:  March 29, 2011
                                           )
22                                         )
                                           )
23                                         )
                                           )
24                                         )
                                           )
25                                         )
26   _____
27

28

McGUINN, HILLSMAN
& PALEFSKY
535 Pacific Avenue
San Francisco, CA 94133
(415) 421-9292

LEPOWSKY DECL. IN OPPOSITION TO MOTION FOR PARTIAL SUMMARY JUDGMENT        1

I, WILLIAM LEPOWSKY, hereby declare and state as follows:

1.   I, William Lepowsky, have personal knowledge of the facts set forth herein (except where indicated upon information and belief) and if called as a witness, could and would testify competently thereto.

2.   I have been a statistical consultant and expert legal witness since 1989. I am also currently a statistics and mathematics instructor at Laney College in Oakland, California, where I have been teaching for over 40 years. A true and correct copy of my curriculum vitae is attached hereto as Exhibit A.

3.   I received a Bachelor's degree in Mathematics from Harvard College in 1967. From the University of California, Berkeley, I received a Masters degree in Mathematics in 1968, a Masters degree in Statistics in 1976, and a Candidate in Philosophy degree in Statistics in 1981.

4.   I have qualified as an expert in the area of statistical analysis and have testified in age discrimination cases in the United States District Court, Northern District of California, and in the Superior Courts of Alameda County, Santa Clara County, Los Angeles County and the City and County of San Francisco, as well as in a gender discrimination case in the Superior Court, Stanislaus County; in a race discrimination case in the Superior Court of the City and County of San Francisco; in a national origin discrimination case in the United States District Court, Eastern District of California; and in wrongful termination case in Los Angeles County Superior Court.

5.   In forming my opinions in this matter, I relied on the following documents:

A.   Complaint for Age Discrimination, Breach of Contract, Quantum Meruit, and Violations of the Labor Code; dated September 10, 2009;

LEPOWSKY DECL. IN OPPOSITION TO MOTION FOR PARTIAL SUMMARY JUDGMENT        2

1

2
    B.    Declaration of Gurinder Dosanjh in Support of Defendant BlackRock,

Inc.'s Motion for Partial Summary Judgment; dated December 21, 1010;

3

4
    C.    Excerpts from deposition of Simon Mendelson; dated December 3, 2010;

5
    D.    Excerpts from deposition of John P. Moran; dated December 1, 2010;

6
    E.    Excerpts from deposition of Mark Steinberg; dated October 21, 2010;

7
    F.    Excerpts from Defendant BlackRock, Inc.'s Notice of Motion and Motion

8
for Partial Summary Judgment; filed 1/3/11;

9
    G.    Excerpts from BlackRock, Inc.'s Objections and Responses to Plaintiff's

10
Second Set of Special Interrogatories;

11

12
    H.    Exhibit 93: CMG Expense Reduction Plan; Draft as of 17-Oct-08; BR2

13
1040 – A, B, C, D, E, F;

14
    I.    Exhibit 92: CMG Expense Reduction Plan; Draft as of 23-Feb-09; BR2

15
1041 – A, B, C, D, E; and

16
    J.    The OWBPA list, 42-page document including Schedule A (4 pages) and

17
Schedule B (38 pages) listing Department, Title, Age, and Selected? [Yes/No].  McGuinn Decl.

18
¶ 7, Ex. E.

19

20
**THE 14 DIRECT CHANNEL MONEY FUND SALES PEOPLE**

21
    6.    I understand that there were 14 individuals who were Direct Channel Money

22
Fund sales people.  The following table (ordered by date of birth) lists each person's name, date

23
of birth, age on 11/18/08, and RIF status:

24

25

26
| 1 | Herb Hassel | 12/08/44 | 63 | RIFd |
|---|---|---|---|---|
| 2 | Keating Hagmann | 12/30/45 | 62 | not RIFd |
| 3 | Tom Owston | 08/26/50 | 58 | RIFd |
| 4 | Tom Rudwall | 02/16/52 | 56 | RIFd |
| 5 | Connie Bentzen | 12/27/52 | 55 | not RIFd |

27

28

McGUINN, HILLSMAN
& PALEFSKY
535 Pacific Avenue
San Francisco, CA 94133
(415) 421-9292

LEPOWSKY DECL. IN OPPOSITION TO MOTION FOR PARTIAL SUMMARY JUDGMENT          3

| | | | | |
|---|---|---|---|---|
| 6 | Richard Wehrman | 01/07/54 | 54 | not RIFd |
| 7 | Scott Laudeman | 10/31/58 | 50 | not RIFd |
| 8 | Andy Campanella | 03/04/61 | 47 | RIFd |
| 9 | Len Fabiano | 05/28/61 | 47 | not RIFd |
| 10 | Howard Jonas | 10/05/63 | 45 | not RIFd |
| 11 | Paul Kline | 06/21/66 | 42 | not RIFd |
| 12 | Ernie Rodriguez | 06/30/66 | 42 | not RIFd |
| 13 | Peter Schenck | 06/28/67 | 41 | not RIFd |
| 14 | Marty Kerger | 09/12/67 | 41 | not RIFd |

7.      I understand that a RIF took place on or about 11/18/08 and that the positions of the following four individuals were eliminated on or about that date: Herb Hassel, Tom Owston, Tom Rudwall, Andy Campanella.  These four individuals make up the list of names of employees under the heading "Reduction in direct salesforce" in the documents titled "CMG Expense Reduction Plans" dated 17-Oct-08 and 23-Feb-09 that I understand were provided by Defendant.  Exhibits 93 and 92.

8.      I have conducted three different statistical analyses of the correlation between age and RIF status for these 14 individuals.  They are as follows:

Analysis of actual ages, using the Permutation Test;

Analysis of age ranks, using the Mann-Whitney Rank Test; and

Analysis of the probability of termination, using Logistic Regression.

For each of these three statistical analyses, the results are statistically significant, providing evidence that age was a factor in the terminations.  Hereinafter, the term "RIF" (or "Reduction in Force"; past tense "RIFd") will be applied to the four employees listed under the heading "Reduction in direct salesforce" in Defendant's documents, as described above.  The details of the three analyses follow.

McGUINN, HILLSMAN
& PALEFSKY
535 Pacific Avenue
San Francisco, CA 94133
(415) 421-9292

LEPOWSKY DECL. IN OPPOSITION TO MOTION FOR PARTIAL SUMMARY JUDGMENT          4

**Analysis of Actual Ages, using the Permutation Test**

9.      Regarding the analysis of actual ages using the Permutation Test, the statistical question of interest concerns the selection of the 4 RIFd employees from the list of 14 Direct Channel Money Fund sales people.  There are about 1000 quartets of employees (i.e., groups of 4 employees) that could have been chosen from the 14 Direct Channel Money Fund employees.  For the particular group of 4 employees actually chosen, their average age (technically called the "mean" age) is 56.0; by contrast, the average age of the 10 employees not chosen is 47.9 years.  The disparity between the average ages of the two groups – RIFd and not RIFd – is 8.1 years.

10.     If the 4 employees were chosen from the list of 14 Direct Channel Money Fund sales people in such a way that age was not a factor in their selection, then the probability is only 4.3% that the observed disparity between the average ages of the two groups – RIFd and not RIFd – would have been at least as great as it was.  This probability, 4.3%, is called the "p-value" and expresses our measure of surprise that the observed disparity between the two groups is as great as it is.

11.     It is commonplace in the field of statistics to use the term "statistically significant" (or "statistically significant at the 5% level of significance") to refer to results for which the p-value is less than 5%.  In this case, because the p-value is 4.3%, the results are said to be statistically significant.

12.     Another way of conveying the meaning of the term "statistically significant" is to say that such results are a statistical surprise.  In other words, if age were not a factor in the selection of the 4 employees to be RIFd, then it is a statistical surprise that their average age is as great as it is (56.0) and that the disparity (8.1 years) between the average ages of the two groups (RIFd and not RIFd) is as great as it is.

LEPOWSKY DECL. IN OPPOSITION TO MOTION FOR PARTIAL SUMMARY JUDGMENT          5

13.     The p-value (4.3%) – equivalently, the fact that the results are statistically significant, or that the results are a statistical surprise – provide evidence that age was a factor in the selection of the 4 RIFd employees.

14.     The p-value 4.3% is a probability that can also be expressed as "1 in 23". Also, using the well-known bell-shaped curve (technically called the "normal curve"), a p-value can be converted to a corresponding number of standard deviations. The p-value of 4.3% corresponds to 1.72 standard deviations.

**Analysis of Age Ranks, using the Mann-Whitney Rank Test**

15.     The selection of the 4 employees from the list of 14 Direct Channel Money Fund sales people can also be considered from the standpoint of their age ranks. When the 14 employees are listed in order from oldest to youngest (as in the list above), it can be seen that the age ranks of the 4 RIFd employees are: #1, #3, #4, #8. (Note that the older the employee, the lower the age rank.) Their average age rank is #4. By contrast, the average age rank of the 10 employees not RIFd is #8.9. The disparity between the age ranks of the two groups – RIFd and not RIFd – is #4.9 rank steps.

16.     Just as in the case of the analysis of actual ages, it is possible to compute the p-value that expresses the level of statistical surprise that the disparity between the two groups is as great as it is (#4.9 rank steps). The p-value is 2.7%, or 1 in 37. This corresponds to a disparity of 1.93 standard deviations. Because the p-value is less than 5%, the results are statistically significant. In other words, the chances are only 2.7% that the disparity between the average age ranks of the two groups would be as great as it is if age were not a factor in the selection of employees to be RIFd. This provides evidence that age was a factor in the selection of employees to be RIFd.

**Analysis of the Probability of Termination, using Logistic Regression**

17.    Logistic regression is a method of statistical analysis that can be used to estimate whether, and to what extent, the probability of being selected for the RIF increases with age.

18.    Observe that of the 14 Direct Channel Money Fund sales people in the list above, 7 of them were in their 40s, and 1 of those 7 was RIFd.  Thus, 1 out of 7, or 14%, of employees in their 40s were RIFd.  There were 5 employees in their 50s, and 2 of them were RIFd.  Thus, 2 out of 5, or 40%, of employees in their 50s were RIFd.  There were 2 employees in their 60%, and 1 of them was RIFd.  Thus, 1 out of 2, or 50%, of employees in their 60s were RIFd.  These percentages suggest that the probability of being RIFd increases with age.

19.    Using the technique of logistic regression, it is possible to estimate the probability of being RIFd for employees of any specified age.  It is also possible to assess whether the apparent increase in the probability with age is statistically significant; that is, is the p-value less than 5%, and is the apparent increase a statistical surprise?  If so, that would mean that it is unlikely (or statistically surprising) to observe such a pronounced trend in the percentages as observed above – 14% in the 40s; 40% in the 50s; 50% in the 60s – if the probability of termination in fact remained constant as age increases.  That would then provide evidence that the probability of being RIFd does indeed increase with age.

20.    Using the logistic regression analysis for the 14 employees, the probability of termination for employees of various ages can be estimated to be the following:

age 40 – 3%
age 45 – 6%
age 50 – 12%
age 55 – 23%
age 60 – 39%
age 65 – 58%

Furthermore, the corresponding p-value is 4.3%, or 1 in 23.  (This corresponds to 1.72 standard

McGUINN, HILLSMAN
& PALEFSKY
535 Pacific Avenue
San Francisco, CA 94133
(415) 421-9292

deviations.)  The results are statistically significant, providing evidence that the probability of

being selected for the RIF increases with age.

**THE OWBPA LIST**

21.     The 42-page OWBPA list includes data on 3937 employees.  Each employee is

classified into one of the following 14 Departments:

Account Management Group
BlackRock Alternative Advisors
BlackRock Solutions
Cash Management
Corporate
Executive
Finance
Global Ops & Admin
Legal & Compliance
Office of Mutual Funds
Office of the President
Portfolio Management Group
Real Estate
Risk & Quantitative Analysis

Each employee is also classified into one of the following 8 Titles:

Admin Assistant
Specialist
Exec Assistant
Analyst
Assoc\AVP
Vice President
Director
Managing Director

Finally, the age of each employee is given, and also whether or not the employee was selected

for the RIF.

22.     I conducted statistical analyses of the association between age and RIF selection

for the following:

(a) Vice Presidents, Directors, and Managing Directors in the Account Management

McGUINN, HILLSMAN
& PALEFSKY
535 Pacific Avenue
San Francisco, CA 94133
(415) 421-9292

LEPOWSKY DECL. IN OPPOSITION TO MOTION FOR PARTIAL SUMMARY JUDGMENT        8

Group as three separate selections, aggregated; and

    (b) All employees in the OWBPA list.

Of the 6 analyses to be described below, the results were statistically significant in all of them, providing evidence that age was a factor in the selection of employees to be RIFd.

Thus, including the 3 analyses presented above regarding the 14 Direct Channel Money Fund sales people, there are 9 analyses presented in this declaration, the results of all of which are statistically significant.

**AGGREGATING THE RESULTS FOR VICE PRESIDENTS, DIRECTORS, AND MANAGING DIRECTORS IN THE ACCOUNT MANAGEMENT GROUP**

    23.    The results of the RIF on each of the three groups, Vice Presidents, Directors, and Managing Directors, in the Account Management Group can be aggregated to assess the effect of the RIF on those groups, collectively.  In other words, analyze, in the aggregate, the selection for RIF of 14 Vice Presidents chosen from 205 Vice Presidents, 7 Directors chosen from 123 Directors, and 7 Managing Directors chosen from 66 Managing Directors, all within the Account Management Group.  I performed the following 4 analyses of this data:

    Analysis of actual ages, using the Permutation Test;

    Analysis of age ranks, using the Mann-Whitney Rank Test;

    Analysis of age ranks with all below 40 tied, using the Mann-Whitney Rank Test; and

    Comparing 40 and older to 39 and younger, using the Fisher Exact Test.

In all of these 4 analyses, the results were statistically significant, as described next.  For notational convenience, the Vice Presidents, Directors, and Managing Directors, aggregated, will be denoted "VP/D/MDs".

1

**Analysis of actual ages, using the Permutation Test**

2

24.     The average age of the 28 RIFd VP/D/MDs is 44.9 years.  The average age of the

3

366 VP/D/MDs not RIFd is 40.1 years.  The disparity between the average ages of the two

4

groups – RIFd and not RIFd – is 4.8 years.

5

25.     The p-value is 0.16%, or 1 in 625, corresponding to 2.95 standard deviations.

6

The results are statistically significant and provide evidence that age was a factor in the selection

7

for RIF of VP/D/MDs in the Account Management Group.

8

**Analysis of age ranks, using the Mann-Whitney Rank Test**

9

26.     The average age rank of the 28 RIFd VP/D/MDs is #53.9.  The average age rank

10

of the 366 VP/D/MDs not RIFd is #80.4.  The disparity between the average age ranks of the two

11

groups – RIFd and not RIFd – is #26.5 rank steps.

12

27.     The p-value is 0.54%, or 1 in 185, corresponding to 2.55 standard deviations.

13

The results are statistically significant and provide evidence that age was a factor in the selection

14

for RIF of VP/D/MDs in the Account Management Group.

15

**Analysis of age ranks with all below 40 tied, using the Mann-Whitney Rank Test**

16

28.     In order to preclude that possibility that any comparison among the age ranks of

17

employees younger than age 40 might affect the statistical significance of the results, I

18

conducted a slightly modified analysis of age ranks, again using the Mann-Whitney Rank Test,

19

but presuming that all employees under the age of 40 are precisely tied in age at the same

20

(youngest) age, and therefore precisely tied at the same (highest) age rank.

21

29.     With that modification, the average age rank of the 28 RIFd VP/D/MDs is now

22

#56.5.  The average age rank of the 366 VP/D/MDs not RIFd is #80.2.  The disparity between

23

the average age ranks of the two groups – RIFd and not RIFd – is #23.7 rank steps.

24

25

26

27

28

McGUINN, HILLSMAN
& PALEFSKY
535 Pacific Avenue
San Francisco, CA 94133
(415) 421-9292

LEPOWSKY DECL. IN OPPOSITION TO MOTION FOR PARTIAL SUMMARY JUDGMENT          10

30.     The p-value is 0.69%, or 1 in 145, corresponding to 2.46 standard deviations. The results are statistically significant and provide evidence that age was a factor in the selection for RIF of VP/D/MDs in the Account Management Group.

**Comparing 40 and older to 39 and younger, using the Fisher Exact Test**

31.     Of the 191 VP/D/MDs who were 40+, 10.5% of them (20 out of 191) were RIFd. Of the 203 VP/D/MDs who were 39-, 3.9% of them (8 out of 203) were RIFd.

32.     From another viewpoint, of the 28 RIFd VP/D/MDs, 71.4% of them (20 out of 28) were 40+, whereas of the 366 not RIFd VP/D/MDs, 46.7% of them (171 out of 366) were 40+.

33.     The corresponding p-value is 1.2%, or 1 in 82.  (This corresponds to 2.25 standard deviations.)  The results are statistically significant and provide evidence that age was a factor in the selection for RIF of VP/D/MDs in the Account Management Group.

34.     Given that 10.5% (the RIF percentage among the 40+ employees) is greater than 3.9% (the RIF percentage among the 39- employees) by a factor of about 2.7 (because 10.5% divided by 3.9% is 2.69), it can be estimated that in comparing two arbitrarily chosen VP/D/MDs A and B , where A is 39 or younger and B is 40 or older, the older employee's chances of being RIFd are between two-and-a-half and three times as great as the younger employee's chances of being RIFd.

**AGGREGATING THE RESULTS FOR ALL DEPARTMENT/TITLE GROUPS IN THE OWBPA DATA**

35.     Just as the results for the 3 separate titles Vice President, Director and Managing Director (all within the Account Management Group) can be aggregated, so can the results for all of the Department/Title groups within the OWBPA data can be aggregated.  By way of

McGUINN, HILLSMAN
& PALEFSKY
535 Pacific Avenue
San Francisco, CA 94133
(415) 421-9292

LEPOWSKY DECL. IN OPPOSITION TO MOTION FOR PARTIAL SUMMARY JUDGMENT          11

illustration, Account Management Group/Executive Assistant is one such group; Real Estate/Specialist is another such group; and so on.

36. There are 14 Departments and 8 Titles, yielding a possible total of 14 times 8, or 112 Department/Title groups. However, not all combinations of Department and Title have employees; for example, there are no Administrative Assistants in Cash Management; nor are there any Analysts in the Office of the President. There are 13 such "empty" groups.

37. Furthermore, for some Department/Title combinations that are not devoid of employees, RIFd and not RIFd employees cannot be compared because none of the employees were RIFd in that group. For example, there were no RIFd employees among Specialists in Finance; nor among Directors in the Office of Mutual Funds; etc. There are 34 such groups in which no employee was RIFd; collectively, those 34 groups contain 272 employees.

38. There remain 65 combinations of Department and Title for which there are employees some of whom were RIFd and some of whom were not RIFd. Included in these 65 groups is a total of 3665 employees out of all 3937 employees in the original OWBPA data; these 3665 employees constitute 93% of all 3937 employees in the OWBPA data. Of those 3665 employees, 353 were RIFd. I analyzed the data on these 3665 employees, in the aggregate, for each of those 65 separate groups, taking into account that a certain number of employees were selected for RIF from each of the 65 separate Department/Title groups. I conducted the following 2 analyses on this data:

Analysis of actual ages, using the Permutation Test; and

Comparing 40 and older to 39 and younger, using the Fisher Exact Test.

In both of these analyses, the results were statistically significant, as described next.

LEPOWSKY DECL. IN OPPOSITION TO MOTION FOR PARTIAL SUMMARY JUDGMENT                    12

**Analysis of actual ages of the 3665 employees, using the Permutation Test**

39.      The average age of the 353 RIFd employees is 38.2 years.  The average age of the 3312 employees not RIFd is 35.2 years.  The disparity between the average ages of the two groups – RIFd and not RIFd – is 3.0 years.

40.      The p-value is 0.000 000 000 33%, or 1 in 300 billion, corresponding to 6.87 standard deviations.  The results are statistically significant.

41.      This result could be stated as follows:  If age were not a factor in the selection of the 353 employees to be RIFd from among the 3665 employees in the Department/Title groups in which a RIF selection was made, then the probability is 1 in 300 billion that the disparity between the average age of the RIFd and not RIFd employees would have been as great as it is.  In other words, the observed disparity that actually occurred is effectively impossible to have occurred if age were not a factor in the RIF.  This is evidence that age was a factor in the selection for RIF of the 353 employees from among the 3665 employees.

**Comparing 40 and older to 39 and younger, using the Fisher Exact Test**

42.      Of the 1130 employees who were 40+, 13.7% of them (155 out of 1130) were RIFd.  Of the 2535 employees who were 39-, 7.8% of them (198 out of 2535) were RIFd.

43.      From another viewpoint, of the 353 RIFd employees, 43.9% of them (155 out of 353) were 40+, whereas of the 3312 not RIFd employees, 29.4% of them (975 out of 3312) were 40+.

44.      The p-value is 0.000 000 080%, or 1 in 1.25 billion, corresponding to 6.03 standard deviations.  The results are statistically significant.

45.      This result could be stated as follows:  If age were not a factor in the selection of the 353 employees to be RIFd from among the 3665 employees in the Department/Title groups

McGUINN, HILLSMAN
& PALEFSKY
535 Pacific Avenue
San Francisco, CA 94133
(415) 421-9292

LEPOWSKY DECL. IN OPPOSITION TO MOTION FOR PARTIAL SUMMARY JUDGMENT          13

1  in which a RIF selection was made, then the probability is 1 in 1.25 billion that the disparity

2  between the percentage of employees 40 or older who were RIFd (13.7%) and the percentage of

3  employees 39 or younger who were RIFd (7.8%) would be as great as it is.  In other words, the

4  observed disparity that actually occurred is effectively impossible to have occurred if age were

5  not a factor in the RIF.  This is evidence that age was a factor in the selection for RIF of the 353

6  employees from among the 3665 employees, 1130 of whom were 40 or older (with 13.7% of

7  them being RIFd) and 2535 of whom were 39 or younger (with only 7.8% of them being RIFd).

8      46.      Given that 13.7% (the RIF percentage among the 40+ employees) is greater than

9  7.8% (the RIF percentage among the 39- employees) by a factor of about 1.75 (because 13.7%

10 divided by 7.8% is 1.756), it can be estimated that in comparing two arbitrarily chosen

11 Employees A and B, where Employee A is 39 or younger and Employee B is 40 or older, the

12 older employee's chances of being RIFd are about 75% greater than the younger employee's

13 chances of being RIFd.

14      I declare under penalty of perjury under the laws of the United States of America and of the

15 State of California that the foregoing is true and correct.  Executed this 18th day of January, 2011, at

16 Berkeley, California.

17
18
19
20
21                      _William L. Lepowsky_
22                      WILLIAM L. LEPOWSKY

McGUINN, HILLSMAN
& PALEFSKY
535 Pacific Avenue
San Francisco, CA 94133
(415) 421-9292

# EXHIBIT A

## William L. Lepowsky, *Statistical Consultant*

544 Santa Clara Avenue, Berkeley, CA 94707 • E-mail: stats4u@pacbell.net
Tel. & Fax: (510) 524-2101 • Voice mail: (510) 464-3181 • Cell: (510) 384-5082

# CURRICULUM VITAE
February 1, 2007

**EDUCATION**   Cand. Phil. (Candidate in Philosophy), U. C. Berkeley, August, 1981.
Department: Statistics  [Emphasis: Theoretical Statistics]

M.A., U. C. Berkeley, June, 1976.
Department: Statistics  [Emphasis: Applied Statistics]

Course work included:
Linear models (regression and analysis of variance), discrete data analysis, non-parametric methods, multivariate analysis, advanced modeling techniques, advanced theory of estimation and testing, advanced probability theory, directed theoretical research, and statistical consulting.

Studied under:
Prof. Jerzy Neyman (founder of the U.C. Berkeley Statistical Laboratory; a founding father of modern statistical theory; co-originator of the theory of confidence intervals and hypothesis testing);
Prof. Erich Lehmann (a leading authority on the theory of estimation and testing and on non-parametric methods);
Prof. Elizabeth Scott (head of the Panel on Skin Cancer of the National Academy of Sciences); and
Prof. Juliet Shaffer (director of the Consulting Service of the U.C. Berkeley Department of Statistics).

M.A., U. C. Berkeley, August, 1968.
Department: Mathematics

B.A., Harvard College, June, 1967.
Major: Mathematics  [Graduated *summa cum laude*]

**EXPERIENCE** <u>Statistical Consultant (Legal)</u>: Expert witness and consultant. (1989 to present).

<u>Instructor of Mathematics and Statistics</u>: Laney College, Oakland, CA. Teach statistics, calculus, algebra, arithmetic, etc. to adults. (1969 to present).
- <u>Mathematics Department Chair</u>. (2000 - 02).
- <u>Supervisor of Mathematics Laboratory</u>. (1987 - 99).
- <u>Mathematics Department Chair/Schedule Coordinator</u>. (1979 - 80).

<u>Statistical Consultant (Other)</u>: Analyze data and offer statistical advice to researchers in health, education, psychology, science, etc. (Occasional, 1976 to present).

<u>Instructor</u>: Oakland Schools Mathematics In-Service Consortium. Trained elementary school teachers in: probability and statistics, (Summers: 1987 - 90); geometry and measurement, (Summer, 1986).

<u>Presenter of talk on statistics in employment discrimination cases</u>: San Francisco Trial Lawyers Association Employment Law Luncheon Meeting, San Francisco, CA. (June 9, 1998).

<u>Workshop Leader on Statistics</u>: American Medical Writers Association Western Regional Conference, Asilomar Conference Center, Pacific Grove, CA. (March, 1986).

<u>Curriculum Consultant</u>: Vista College, Berkeley, CA. Helped develop a statistics curriculum for older working adults. (1989).

<u>Statistical Software Designer</u>: University of California, Berkeley, CA. Designed a computer program to determine statistically the impact of ozone depletion on skin cancer rates. (September, 1979 - June, 1980).

<u>Compiler and Editor of Lecture Notes</u> on statistical estimation theory. (1977).

<u>Statistical Consultant</u> to the Panel on Skin Cancer of the National Academy of Sciences. (Fall, 1976 - Fall, 1977).

<u>Statistician</u>: Lawrence Livermore Laboratory, Livermore, CA. Assisted senior researchers in designing experiments and analyzing results. (Summer, 1976).

<u>Actuarial Trainee</u>: Beneficial Standard Life Insurance Company, Los Angeles, CA. Analyzed mortality tables and insurance rates. (Summer, 1965).

**FELLOWSHIPS HONORS, AND AWARDS**

Listed in Who's Who in America, Marquis Who's Who, New Providence, NJ.

Listed in Who's Who in American Education, Marquis Who's Who, New Providence, NJ.

Teaching Excellence Award, California Mathematics Council, Community Colleges. (2000).

Principal Investigator/Project Director, National Science Foundation Grant: "Instituting Calculus Reform: A Community College-State University Consortium Model." (1994 - 96).

Professional Development Grant for statistics curriculum development, Laney College. (1989).

Science Faculty Professional Development Fellowship for enhancement of instruction in statistics, U. C. Berkeley, awarded by the National Science Foundation. (1980).

National Science Foundation Graduate Fellowship, U. C. Berkeley. (1967 - 68).

Harvard College Scholarship, Harvard College. (1964 - 67).

National Merit Scholar, Harvard College. (1963 - 67).

National Honor Society Honorary Scholarship, Harvard College. (1963).

**MEMBERSHIPS**

American Statistical Association

California Mathematics Council for Community Colleges

Board of Directors, California Mathematics Council for Community Colleges. (1974 - 75).

**PUBLICATIONS**   "'Why Bring In a Statistician?' Examples of Statistical Analyses in Employment Discrimination Cases," in Employment Law (June 9, 1998), San Francisco Trial Lawyers Association

Statistics in Action (manuscript in progress)

Five articles in mathematics teaching journals:

"The Subtle Scales of Justice," Mathematics Teacher. (May, 1976).

"Path Tracing and Vote Counting," Mathematics Teacher. (Jan., 1976).

"Homemade Models of Pathological Surfaces," Mathematics Association of Two-Year Colleges Journal. (Spring, 1975).

"The Area of a Parallelogram is the Product of its Sides," Mathematics Teacher. (May, 1974).

"The Total Angular Deficiency of Polyhedra," Mathematics Teacher. (December, 1973).

**ACADEMIC HONORS**   One of only two mathematics majors in my Harvard class to graduate summa cum laude. (1967).

Phi Beta Kappa Honorary Society, Harvard College. (1967).

Dean's List for scholastic achievement each academic year, Harvard College. (1963 - 67).

Ranked in the top ten nationwide in the intercollegiate William Lowell Putnam Mathematics Competition. (1967).

Tied for first place nationwide in the General Mathematics Examination sponsored by the Society of Actuaries. (1964).

Placed first out of 200,000 students nationwide in the High School Mathematics Examination sponsored by the Mathematics Association of America and the Society of Actuaries. (1963).

Placed first in the New York City high school interscholastic mathematics competition. (1963).

Placed first in the New York City junior high school interscholastic mathematics competition. (1961).